# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128677

MELISSA MIDDLETON, SHEILA B. MEIER,
JOAN E. DUNCAN, and ANN ZAENGLEIN,
      Plaintiffs-Appellees,

v

COUNTY OF MARQUETTE,
      Defendant-Appellant,

and

MCCABE'S QUALITY CARPET & LINOLEUM,
INC., INTERPHASE OFFICE INTERIORS, INC.,
and HAWORTH, INC.,
      Defendants.
_____/

SC: 128677
COA: 251855
Marquette CC: 02-039972-NO

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of the appeal is considered and the appeal is DISMISSED with prejudice and without costs.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2006

_____
Clerk

d0404